# Exhibit 2

**HCDistrictclerk.com**    FISHER, LEV vs. NAVIENT SOLUTIONS LLC    8/29/2018

Cause: 201835034    CDI: 7    Court: 133

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 80157051 | Case Information Sheet | | 05/31/2018 | 2 |
| 80157052 | Civil Process Request | | 05/31/2018 | 2 |
| 80090139 | Plaintiff's Original Petition for Declaratory Judgment | | 05/24/2018 | 4 |
| ·> 80090141 | Exhibit A | | 05/24/2018 | 2 |

5/24/2018 5:37 PM
Chris Daniel - District Clerk Harris County
Envelope No. 24849974
By: Walter Eldridge
Filed: 5/24/2018 5:37 PM

NO. _____

| | | |
|---|---|---|
| **LEV FISHER** | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | _____ JUDICIAL DISTRICT |
| | § | |
| **NAVIENT SOLUTIONS, LLC** | § | |
| | § | |
| **Defendant.** | § | HARRIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION FOR DECLARATORY JUDGMENT

Plaintiff, Lev Fisher, files this original petition for declaratory judgment and request for disclosure against Defendant, Navient Solutions, LLC, and alleges as follows:

### DISCOVERY-CONTROL PLAN

1. Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.3.

### CLAIM FOR RELIEF

2. Plaintiff seeks monetary relief of $100,000 or less and nonmonetary relief.

### PARTIES

3. Plaintiff, LEV FISHER ("Plaintiff" or "Mr. Fisher"), an individual, is a resident of Harris County, Texas. The last three digits of his Social Security Number are 557. The last three digits of his Texas Driver's License are 196.

4. Defendant, NAVIENT SOLUTIONS, LLC ("Defendant" or "Navient"), a company based in Wilmington, Delaware, is organized under the laws of the State of Delaware, and service of process on the Defendant may be effected pursuant to sections 5.201 and 5.255 of the Texas Business Organizations Code, by serving the registered agent of the corporation, CSC-Lawyers Incorporating Service Company at 211 E. 7th Street, Suite 620, Austin, TX 78701-4234 USA, via

Certified Document Number: 80090139 - Page 1 of 4

personal service.

## JURISDICTION

5. The Court has jurisdiction over the lawsuit because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

## VENUE

6. Venue is proper in Harris County under Texas Civil Practice & Remedies Code §15.002 because all or a substantial part of the events or omissions giving rise to the claim occurred in this county.

## FACTS

7. On many occasions since November 20, 1994, Navient collected and continues to collect payments on loan and interest amounts from Mr. Fisher, including loans designated as G-31 (original amount: $2,500), G-32 (original amount: $1,554), and S-33 (original amount: $1,813). The interest that Navient alleges accrued on the loans far exceeds the original amounts. Navient claims that Mr. Fisher owes these debts to Navient, and Mr. Fisher has paid some of the loan and interest amounts to Navient. However, Mr. Fisher recently discovered that Navient does not own the loans listed above for which it has collected and continues to try to collect from Mr. Fisher. Upon request by Mr. Fisher on December 22, 2017, Navient was unable to provide any documentation showing its ownership of these loans. (See emails attached as Exhibit A).

## COUNT 1 – SUIT FOR DECLARATORY RELIEF

8. Navient cannot provide sufficient documentation, including promissory notes, showing that it is entitled to collect these loans and their interest from Mr. Fisher. No contract exists between Navient and Mr. Fisher that requires Mr. Fisher to pay the amounts demanded by Navient.

9.     <u>Attorney Fees.</u> Plaintiff is entitled to recover reasonable and necessary attorney fees that are equitable and just under Texas Civil Practice & Remedies Code section 37.009 because this is a suit for declaratory relief.

## JURY DEMAND

10.     Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

## CONDITIONS PRECEDENT

11.     All conditions precedent to Plaintiff's claim for relief have been performed or have occurred.

## REQUEST FOR DISCLOSURE

12.     Under Texas Rule of Civil Procedure 194, Plaintiff requests that defendant disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

## OBJECTION TO ASSOCIATE JUDGE

13.     Plaintiff objects to the referral of this case to an associate judge for hearing a trial on the merits or presiding at a jury trial.

## PRAYER

14.     For these reasons, Plaintiff asks that defendant be cited to appear and answer and that the Court declare that Mr. Fisher does not owe any monetary amount to Navient for the loans designated G-31 (original amount: $2,500), G-32 (original amount: $1,554), and S-33 (original amount: $1,813), and that Navient refund Mr. Fisher any payments he made on these loans. In addition, Plaintiff asks for the following damages:

    a.     Actual damages.

    b.     Prejudgment and postjudgment interest.

    c.     Court costs.

d.  Attorney fees.

e.  All other relief to which Plaintiff is entitled.

Respectfully submitted,

**BELL ROSE & COBOS**

By: */s/ Harrison Royalty*

**Harrison Royalty**
Texas Bar No. 24100679
Email: Harrison@bellroselaw.com
**Chris Bell**
Texas Bar No. 0078363
Email: Chris@bellroselaw.com
2201 Hermann Drive
Houston, Texas 77004
Phone: 713-300-5158
Fax: 713-393-7346

***Attorneys for Plaintiff***



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   August 29, 2018

Certified Document Number:        80090139 Total Pages:  4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Secure Fax: (512) 219-4514
David.way@trelliscompany.org

Trellis Company
P.O. Box 83100 | Round Rock, TX | 78683-3100
www.trelliscompany.org

---

**From:** Getz, Steven [mailto:Steven.C.Getz@navient.com]
**Sent:** Friday, December 22, 2017 10:22 AM
**To:** Way, David <David.Way@trelliscompany.org>; Valdez, Beth <Beth.Valdez@trelliscompany.org>
**Subject:** pnotes on underlying loans

Hi David or Beth

Do you have pnotes on the underlying loans for this consol loan? If so can you send them? They are needed for a borrower request.

Lev Fisher ███████

Thanks!
Steven Getz
Claims Technical Analyst
Navient
220 Lasley Ave
Wilkes Barre PA 18773-9400
Steven.c.getz@navient.com
570-821-3623 phone
570-821-6558 fax


This E-Mail has been scanned for viruses.

This E-Mail has been scanned for viruses.

Certified Document Number: 80090141 - Page 1 of 2

Getz, Steven

| | |
|---|---|
| **From:** | Way, David <David.Way@trelliscompany.org> |
| **Sent:** | Friday, December 22, 2017 1:35 PM |
| **To:** | Getz, Steven |
| **Subject:** | RE: pnotes on underlying loans |
| **Attachments:** | prom notes Fisher G01-G04.pdf |
| **Categories:** | Blue Category |

--- External Email ---

We only had the prom notes for four of the seven loans consolidated, G01-G04, which are attached. We do not have the notes for the G31 loan $2,500, the G32 loan $1,554, or G33 loan $1,813 since no claims were filed.

**David Way**
Claims Analyst
Direct Phone: (512) 219-4789
Secure Fax: (512) 219-4514
David.way@trelliscompany.org

Trellis Company
P.O. Box 83100 | Round Rock, TX | 78683-3100
www.trelliscompany.org

---

**From:** Getz, Steven [mailto:Steven.C.Getz@navient.com]
**Sent:** Friday, December 22, 2017 11:28 AM
**To:** Way, David <David.Way@trelliscompany.org>
**Subject:** RE: pnotes on underlying loans

OK thanks again

---

**From:** Way, David [mailto:David.Way@trelliscompany.org]
**Sent:** Friday, December 22, 2017 12:17 PM
**To:** Getz, Steven <Steven.C.Getz@navient.com>
**Subject:** RE: pnotes on underlying loans

--- External Email ---

Looks like we have the prom notes. I had to submit a request from our records retention since they are too old for me to access. Should have them for you today.

**David Way**
Claims Analyst
Direct Phone: (512) 219-4789

1



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   August 29, 2018

Certified Document Number:       80090141 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Case 4:18-cv-03040 Document 1-2 Filed in TXSD on 08/30/18 Page 11 of 16

5/31/2018 12:31:11 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 24966591
By: BLESSING, JACOB K
Filed: 5/31/2018 9:50:44 AM

**CIVIL PROCESS REQUEST FORM**

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING.
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** 201835034 **CURRENT COURT:** 133rd Civil District Court

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Original Petition

**FILE DATE OF MOTION:** 05/24/2018
    Month/  Day/  Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

**1.** NAME: Navient Solutions, LLC

  ADDRESS: 211 E. 7th Street, Suite 620, Austin, TX 78701-4234 USA

  AGENT, (*if applicable*): CSC-Lawyers Incorporating Service Company

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): Citation

**SERVICE BY** (*check one*):
  ☐ **ATTORNEY PICK-UP**        ☐ **CONSTABLE**
  ☒ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: Brian Denmon  Phone: _713-291-2114_
  ☐ **MAIL**              ☐ **CERTIFIED MAIL**
  ☐ **PUBLICATION:**
    Type of Publication:   ☐ **COURTHOUSE DOOR, or**
                ☐ **NEWSPAPER OF YOUR CHOICE:**
  ☐ **OTHER,** *explain*

**ATTENTION: Effective June1, 2010**

For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back. Thanks you,

****************************************************************************************

**2.** NAME:
  ADDRESS:
  AGENT, (*if applicable*):

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):

**SERVICE BY** (*check one*):
  ☐ **ATTORNEY PICK-UP**        ☐ **CONSTABLE**
  ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:  Phone:
  ☐ **MAIL**              ☐ **CERTIFIED MAIL**
  ☐ **PUBLICATION:**
    Type of Publication:   ☐ **COURTHOUSE DOOR, or**
                ☐ **NEWSPAPER OF YOUR CHOICE:**
  ☐ **OTHER,** *explain*

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Harrison Royalty TEXAS BAR NO./ID NO. 24100679

MAILING ADDRESS: 2201 Hermann Drive, Houston, Texas 77004

PHONE NUMBER: 713     300-5158 FAX NUMBER: 713 393-7346
    area code    phone number            area code    fax number

EMAIL ADDRESS:  Harrison@bellroselaw.com  _____

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE.

SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

| INSTRUMENTS TO BE SERVED: | PROCESS TYPES: |
|---|---|
| (Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.) | |
| | NON WRIT: |
| ORIGINAL PETITION | CITATION |
| _____ AMENDED PETITION | ALIAS CITATION |
| _____ SUPPLEMENTAL PETITION | PLURIES CITATION |
| | SECRETARY OF STATE CITATION |
| | COMMISSIONER OF INSURANCE |
| COUNTERCLAIM | HIGHWAY COMMISSIONER |
| _____ AMENDED COUNTERCLAIM | CITATION BY PUBLICATION |
| _____ SUPPLEMENTAL COUNTERCLAIM | NOTICE |
| | SHORT FORM NOTICE |
| CROSS-ACTION: | |
| _____ AMENDED CROSS-ACTION | PRECEPT (SHOW CAUSE) |
| _____ SUPPLEMENTAL CROSS-ACTION | RULE 106 SERVICE |
| | |
| THIRD-PARTY PETITION: | SUBPOENA |
| _____ AMENDED THIRD-PARTY PETITION | |
| _____ SUPPLEMENTAL THIRD-PARTY PETITION | WRITS: |
| | ATTACHMENT (PROPERTY) |
| INTERVENTION: | ATACHMENT (WITNESS) |
| _____ AMENDED INTERVENTION | ATTACHMENT (PERSON) |
| _____ SUPPLEMENTAL INTERVENTION | |
| | |
| INTERPLEADER | CERTIORARI |
| _____ AMENDED INTERPLEADER | |
| _____ SUPPLEMENTAL INTERPLEADER | EXECUTION |
| | EXECUTION AND ORDER OF SALE |
| | |
| | GARNISHMENT BEFORE JUDGMENT |
| INJUNCTION | GARNISHMENT AFTER JUDGMENT |
| MOTION TO MODIFY | |
| | HABEAS CORPUS |
| SHOW CAUSE ORDER | INJUNCTION |
| TEMPORARY RESTRAINING ORDER | TEMPORARY RESTRAINING ORDER |
| | |
| | PROTECTIVE ORDER (FAMILY CODE) |
| | PROTECTIVE ORDER (CIVIL CODE) |
| | |
| BILL OF DISCOVERY: | |
| ORDER TO: _____ | POSSESSION (PERSON) |
| (specify) | POSSESSION (PROPERTY) |
| MOTION TO: _____ | |
| (specify) | |
| | SCIRE FACIAS |
| | SEQUESTRATION |
| | SUPERSEDEAS |

Certified Document Number: 80157052 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   August 29, 2018

Certified Document Number:        80157052 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Case 4:18-cv-03040 Document 1-2 Filed in TXSD on 08/30/18 Page 14 of 16

5/31/2018 12:31 PM
Chris Daniel - District Clerk Harris County
Envelope No. 24966591
By: Jacob Blessing
Filed: 5/31/2018 9:50 AM

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* 2018 35034    COURT *(FOR CLERK USE ONLY):* 133rd

STYLED LEV FISHER V. NAVIENT SOLUTIONS, LLC
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

**1. Contact information for person completing case information sheet:**

Name: Harrison Royalty
Email: harrison@bellroselaw.com
Address: 2201 Hermann Drive
Telephone: 713-300-5158
City/State/Zip: Houston, Texas, 77004
Fax: 713-393-7346
Signature: /s/ HCR
State Bar No: 24100679

**Names of parties in case:**

Plaintiff(s)/Petitioner(s): Lev Fisher

Defendant(s)/Respondent(s): Navient Solutions, LLC

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**
☒ Attorney for Plaintiff/Petitioner
☐ Pro Se Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other: ____

Additional Parties in Child Support Case:
Custodial Parent: ____
Non-Custodial Parent: ____
Presumed Father: ____

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

### Civil

**Contract**
*Debt/Contract*
☐ Consumer/DTPA
☒ Debt/Contract
☐ Fraud/Misrepresentation
☐ Other Debt/Contract: ____

*Foreclosure*
☐ Home Equity—Expedited
☐ Other Foreclosure
☐ Franchise
☐ Insurance
☐ Landlord/Tenant
☐ Non-Competition
☐ Partnership
☐ Other Contract: ____

**Injury or Damage**
☐ Assault/Battery
☐ Construction
☐ Defamation
*Malpractice*
☐ Accounting
☐ Legal
☐ Medical
☐ Other Professional Liability: ____
☐ Motor Vehicle Accident
☐ Premises
*Product Liability*
☐ Asbestos/Silica
☐ Other Product Liability List Product: ____
☐ Other Injury or Damage: ____

**Real Property**
☐ Eminent Domain/Condemnation
☐ Partition
☐ Quiet Title
☐ Trespass to Try Title
☐ Other Property: ____

**Related to Criminal Matters**
☐ Expunction
☐ Judgment Nisi
☐ Non-Disclosure
☐ Seizure/Forfeiture
☐ Writ of Habeas Corpus—Pre-indictment
☐ Other: ____

**Employment**
☐ Discrimination
☐ Retaliation
☐ Termination
☐ Workers' Compensation
☐ Other Employment: ____

**Other Civil**
☐ Administrative Appeal
☐ Antitrust/Unfair Competition
☐ Code Violations
☐ Foreign Judgment
☐ Intellectual Property
☐ Lawyer Discipline
☐ Perpetuate Testimony
☐ Securities/Stock
☐ Tortious Interference
☐ Other: ____

### Family Law

**Marriage Relationship**
☐ Annulment
☐ Declare Marriage Void
*Divorce*
☐ With Children
☐ No Children

**Post-judgment Actions (non-Title IV-D)**
☐ Enforcement
☐ Modification—Custody
☐ Modification—Other

**Title IV-D**
☐ Enforcement/Modification
☐ Paternity
☐ Reciprocals (UIFSA)
☐ Support Order

**Other Family Law**
☐ Enforce Foreign Judgment
☐ Habeas Corpus
☐ Name Change
☐ Protective Order
☐ Removal of Disabilities of Minority
☐ Other: ____

**Parent-Child Relationship**
☐ Adoption/Adoption with Termination
☐ Child Protection
☐ Child Support
☐ Custody or Visitation
☐ Gestational Parenting
☐ Grandparent Access
☐ Paternity/Parentage
☐ Termination of Parental Rights
☐ Other Parent-Child: ____

**Tax**
☐ Tax Appraisal
☐ Tax Delinquency
☐ Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
☐ Dependent Administration
☐ Independent Administration
☐ Other Estate Proceedings

☐ Guardianship—Adult
☐ Guardianship—Minor
☐ Mental Health
☐ Other: ____

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action
☒ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ License
☐ Mandamus
☐ Post-judgment
☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover

**4. Indicate damages sought *(do not select if it is a family law case)*:**

- [ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- [x] Less than $100,000 and non-monetary relief
- [ ] Over $100,000 but not more than $200,000
- [ ] Over $200,000 but not more than $1,000,000
- [ ] Over $1,000,000

Rev 2/13

Certified Document Number: 80157051 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   August 29, 2018

Certified Document Number:        80157051 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**